IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-0217-DCK

| | |
|---|---|
| CARL E. OSBORNE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant State Farm Mutual Automobile Insurance Company's "Motion To Dismiss" (Document No. 6) filed April 17, 2020. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot.

Defendant's "Motion To Dismiss" "moves to dismiss Plaintiff's bad faith claim." (Document No. 6, p. 1). The undersigned notes that the parties filed a joint "Stipulation Of Dismissal Of Claim" (Document No. 15) on May 8, 2020, stipulating that Plaintiff's bad faith claim be dismissed without prejudice. As such, it appears the pending motion is now moot.

**IT IS, THEREFORE, ORDERED** that Defendant State Farm Mutual Automobile Insurance Company's "Motion To Dismiss" (Document No. 6) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff may file an Amended Complaint on or before **June 5, 2020**.

Signed: May 13, 2020

David C. Keesler
United States Magistrate Judge